UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., as Trustee for the Registered Holders of Banc of America Commercial Mortgage Inc., Commercial Mortgage Pass-Through Certificates, Series 2007-5, acting by and through its special servicer, C-III ASSET MANAGEMENT LLC,<br><br>         Plaintiff,<br><br>    -against-<br><br>BANK OF AMERICA, N.A. | 1:10-cv-09584 (JPO)<br><br>ELECTRONICALLY FILED<br><br>**NOTICE OF MOTION** |

   PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of its Motion to Preclude the Declaration of Michael Grant, and Declaration of Gregory Beaman dated July 27, 2012, and the exhibits attached thereto, Defendant Bank of America, N.A. ("Bank of America") shall move this Court, before the Honorable J. Paul Oetken, U.S.D.J., United States Courthouse, 500 Pearl Street, New York, New York, 10007, for the entry of an Order precluding the declaration of Michael Grant.

Dated: July 27, 2012
    New York, New York

CADWALADER, WICKERSHAM & TAFT LLP


By:     */s/ Gregory A. Markel*
    Gregory A. Markel
    (*greg.markel@cwt.com*)
    Jason M. Halper
    (*jason.halper@cwt.com*)

One World Financial Center
New York, NY 10281
Tel: (212) 504-6000
Fax: (212) 504-6666

*Attorneys for Defendant*
*Bank of America, N.A.*