UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

WELLS FARGO BANK, N.A., as Trustee for the
Registered Holders of Banc of America
Commercial Mortgage Pass-Through Certificates,
Series 2007-5, acting by and through its Special
Servicer C-III ASSET MANAGEMENT, INC.,
                              Plaintiff,

           -against-

BANK OF AMERICA, N.A.,
                              Defendant
-----------------------------------------------------------X

10 Civ. 9584 (JPO)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 0 9 2013

J. PAUL OETKEN, District Judge:

In light of the remaining dispute concerning the purchase price amount, the Clerk's Judgment of March 28, 2013 (Dkt. No. 99) is hereby vacated, and the Clerk of Court is directed to reopen the case.

SO ORDERED.

Dated: New York, New York
       April 5, 2013

_____
J. PAUL OETKEN
United States District Judge