UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
WELLS FARGO BANK, N.A., as Trustee for the :
Registered Holders of Banc of America :
Commercial Mortgage Pass-Through Certificates, :
Series 2007-5, acting by and through its Special :
Servicer C-III ASSET MANAGEMENT, INC., :    10 Civ. 9584 (JPO)
                            Plaintiff, :
:                   ORDER
            -against- :
:
BANK OF AMERICA, N.A., :
                          Defendant :
:
-------------------------------------------------------- X

J. PAUL OETKEN, District Judge:

      Pursuant to the discussions at the conference held on May 2, 2013, the parties are permitted to submit letter briefs addressing the issues of purchase price calculation and proposed entry of a money judgment.

      SO ORDERED.

Dated: New York, New York
       June 17, 2013

_____
J. PAUL OETKEN
United States District Judge