

750 E. PRATT STREET   SUITE 900   BALTIMORE, MD 21202
T 410.244.7400   F 410.244.7742   www.Venable.com

Gregory A. Cross
T 410.244.7725
F 410.244.7742
gacross@venable.com

September 9, 2013

**_VIA E-FILE AND UPS OVERNIGHT MAIL_**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

    Re:    **Wells Fargo Bank, N.A. v. Bank of America, N.A.; 1:10-09584 (JPO)**

Dear Judge Oetken:

    In accordance with Your Honor's request during the conference call held on Friday, September 6, the balance of the Loan in August 2009 was $38,689,753.48.

    Respectfully submitted,

    Gregory A. Cross

7071093
cc:    Gregory A. Markel, Esq.
       Jason Halper, Esq.
       Colleen M. Mallon, Esq.